UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD DUANE BROOKS,

    Plaintiff,

Case No.  1:15-CV-0497

v.

HON. PAUL L. MALONEY

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant,
_____/

**JUDGMENT**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is **AFFIRMED**.

Dated:   August 30, 2016        /s/ Paul L. Maloney
                                                                    PAUL L. MALONEY
                                                                    UNITED STATES DISTRICT JUDGE